IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. COOPER,

      Plaintiff,                    No. CIV S-05-1043 GEB JFM P

   vs.

CAL TERHUNE, et al.,

      Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 20, 2006, defendant DeLong filed a request for an extension of time until February 21, 2006 to file a response to plaintiff's complaint.  Defendant avers that his response to the complaint was due January 8, 2006, and he asks that the extension of time be nunc pro tunc to that date.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Defendant's January 20, 2006 request for an extension of time is granted nunc pro tunc to January 8, 2006; and

/////

/////

/////

1

1  2. Defendant's response to plaintiff's complaint shall be filed and served on or
2 before February 21, 2006.
3 DATED: February 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
coop1043.36(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. COOPER,

        Plaintiff,                                No. CIV S-05-1043 GEB JFM P

    vs.

CAL TERHUNE, et al.,                     <u>NOTICE OF SUBMISSION</u>

        Defendants.                        <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        ____ completed summons form

        ____ completed USM-285 forms

        ____ copies of the _____
                          Complaint/Amended Complaint

DATED:

                                _____
                                Plaintiff