IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. COOPER,

      Plaintiff,                     No. CIV S-05-1043 GEB JFM P

   vs.

CAL TERHUNE, et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Several matters are pending before the court.

        By order filed March 22, 2006, plaintiff was directed to provide, within sixty days, additional information necessary for service of process on defendant Sergeant Campbell. On May 1, 2006, plaintiff filed a request for court assistance in locating said defendant, and on May 3, 2006, plaintiff filed a request for an extension of time to comply with the March 22, 2006 order.  In his May 1, 2006 request, plaintiff represents that after he received the March 22, 2006 order he served defendants with a discovery request in an attempt to get additional information about defendant Campbell's whereabouts but has as yet received no response to the request.  In accordance with the court's March 1, 2006 order governing discovery in this action, discovery responses are due forty-five days after service of a discovery request.  Plaintiff's May 1, 2006

1

motion was filed prior to expiration of the deadline for filing responses to any discovery request served on or after March 22, 2006.  The motion is premature and will therefore be denied.  Good cause appearing, however, plaintiff will be granted an additional period of thirty days from the date of this order to provide additional information for service of process on defendant Campbell in accordance with the March 22,2 006 order

On May 8, 2006, defendants filed a request for an extension of time to respond to two separate discovery requests propounded by plaintiff.  Good cause appearing, defendants' request will be granted.  On May 11, 2006, plaintiff filed a motion to compel the discovery responses that are the subject of defendants' request for extension of time.  Plaintiff's motion was filed before the original deadline for service of the responses, which deadline will now be extended by this order.  For these reasons, the motion to compel will be denied.

On May 8, 2006, plaintiff filed a request for a court order authorizing his "paralegal" to be present and assist plaintiff with his deposition, scheduled for May 23, 2006.  The court has no authority to make such an order.  Plaintiff's motion will be denied.

On the same day, plaintiff filed a motion for appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's motion for the appointment of counsel will therefore be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's May 1, 2006 motion for court-ordered assistance in locating defendant Campbell is denied without prejudice;

/////

2. Plaintiff's May 3, 2006 request for an extension of time to comply with the court's March 22, 2006 order is granted;

3. Plaintiff is granted thirty days from the date of this order to comply with this court's March 22, 2006 order;

4. Defendants' May 8, 2006 request for an extension of time to serve discovery responses is granted;

5. On or before June 11, 2006, defendants shall serve responses to plaintiff's first request for production of documents and interrogatories;

6. Plaintiff's May 8, 2006 motion for court-ordered presence of his paralegal at plaintiff's deposition is denied;

7. Plaintiff's May 8, 2006 motion for appointment of counsel is denied; and

8. Plaintiff's May 11, 2006 motion to compel is denied.

DATED: May 31, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
coop1043.31(2)