IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. COOPER,

      Plaintiff,                    No. CIV S-05-1043 GEB JFM P

   vs.

CAL TERHUNE, et al.,

      Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On August 21, 2006, defendants Delong and Armstrong filed a request to vacate the dates set for filing pretrial statements, for pretrial conference and for jury trial due to the pendency of their August 18, 2006 motion for summary judgment. Plaintiff opposes the request.

        Review of the record herein shows that, in addition to defendants' pending motion for summary judgment, service is still outstanding for one additional defendant in this action. (See Order filed July 31, 2006 (directing the United States Marshal to serve process on defendant T.H. Campbell).) Until the status of said defendant is clarified, and until defendants' motion for summary judgment is resolved, it is inappropriate to proceed to pretrial conference in this matter.

/////

1

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Defendants' August 21, 2006 request to vacate the dates set for filing pretrial statements, for pretrial conference, and for jury trial is granted;

2. The parties are relieved of the obligation to file pretrial statements until further order of court;

3. The December 8, 2006 pretrial conference on the papers before the undersigned is vacated;

4. The jury trial set for February 27, 2007 before the Honorable Garland E. Burrell, Jr. is vacated; and

5. The dates vacated herein will be reset, as appropriate, by subsequent order of court.

DATED: October 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
coop1043.vac

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE EASTERN DISTRICT OF CALIFORNIA
7  AARON L. COOPER,
8           Plaintiff,                    No. CIV S-05-1043 GEB JFM P
9       vs.
10 CAL TERHUNE, et al.,                   <u>NOTICE OF SUBMISSION</u>
11          Defendants.                   <u>OF DOCUMENTS</u>
12 _____/
13          Plaintiff hereby submits the following documents in compliance with the court's
14 order filed _____:
15           _____      completed summons form
16           _____      completed USM-285 forms
17           _____      copies of the _____
                                       Complaint/Amended Complaint
18 DATED:
19
20                                              _____
                                                Plaintiff
21
22
23
24
25
26