EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Armstrong and Delong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AARON L. COOPER,** | 2:05-cv-1043 GEB JFM P |
| Plaintiff, | **ORDER** |
| v. | |
| **CAL TERHUNE, et al.,** | |
| Defendants. | |

The court finds there is good cause to grant Defendants' request for an extension of time to respond to the Court's February 21, 2007, Order. Accordingly, Defendants are granted a period of one week, to and including March 21, 2007, to file and serve a response.

**IT IS SO ORDERED.**

Dated: March 23, 2007.

UNITED STATES MAGISTRATE JUDGE

/coop1043.eot