IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. COOPER,

    Plaintiff,                     No. CIV S-05-1043 GEB JFM P

  vs.

CAL TERHUNE, et al.,

    Defendants.              ORDER

                                     /

On May 4, 2007, plaintiff filed a request that the court reconsider his motion for default against defendant T.H. Campbell. However, this civil rights action was closed on May 2, 2007.[1] Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: May 7, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; coop1043.58

---

[1] On March 14, 2007, plaintiff's copy of the February 22, 2007 order was returned by the U.S. Postal Service marked undeliverable. On March 26, 2007, the court issued findings and recommendations recommending this action be dismissed for plaintiff's failure to keep the court apprised of his current address. Although this document was not returned by the postal service, plaintiff filed no objections. On May 1, 2007, the district court adopted the findings and recommendations and dismissed plaintiff's action.