EDMUND G. BROWN JR.
Attorney General of the State of California
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5288
 Fax:  (916) 324-5205
 Email:  Megan.OCarroll@doj.ca.gov
Attorneys for Defendants Armstrong and Delong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AARON L. COOPER,** | 2:05-cv-1043 GEB JFM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO FILE A SUPPLEMENTAL RESPONSE TO THE COURT'S JUNE 5, 2007, ORDER UNDER SEAL** |
| v. | |
| **CAL TERHUNE, et al.,** | |
| Defendants. | |

The court finds there is good cause to grant Defendants' request to file a supplemental response to the Court's June 5, 2007, Order under seal. Within three days of the date of service of this order, Defendants shall file, under seal, a supplemental response including T.H. Campbell's date of birth. Access to this sealed document shall be restricted to the Court and the U.S. Marshal Service.

**IT IS SO ORDERED.**

Dated: June 12, 2007.

UNITED STATES MAGISTRATE JUDGE

/coop1043.sea

1