IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. COOPER,

      Plaintiff,                     No. CIV S-05-1043 GEB JFM P

    vs.

CAL TERHUNE, et al.,            FINDINGS & RECOMMENDATIONS

      Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's claim that defendants Campbell, DeLong and Armstrong violated plaintiff's rights under the Eighth Amendment by subjecting him to excessive force. (See Order filed September 13, 2005.)

        Service on defendant Campbell was initially ordered on October 24, 2005. That service was returned unexecuted on February 10, 2006. On July 31, 2006, the U.S. Marshal was directed to attempt service of process again. On October 27, 2006, service on defendant T.H. Campbell was returned unexecuted. On June 19, 2007, the U.S. Marshal was again directed to attempt service of process, and to query the California Department of Corrections and Rehabilitation or Deputy Attorney General Van Kamberian to obtain a more current address for defendant Campbell. Defendant Campbell's date of birth was provided.

        On July 31, 2007, the U.S. Marshal returned service on defendant Campbell stating it was unexecuted. The U.S. Marshal attempted personal service on defendant Campbell at the last known address provided per the most recent query, but were informed that defendant

1  Campbell "moved about three years ago.  Address unknown."  (July 31, 2007 Process Receipt at
2  1.)
3        Rule 4(m) of the Federal Rules of Civil Procedure provides in relevant part:
4        If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the
5        court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that
6        defendant or direct that service be effected within a specified time;
7        . . . .
8  Fed. R. Civ. P. 4(m).  It has been over two years since the complaint was filed, well past the 120
9  day period for service of process set forth in Rule 4(m).  Moreover, plaintiff has previously
10  sought defendant Campbell's whereabouts through discovery, but was unsuccessful.  (May 1,
11  2006 Request at 1-2.)  Plaintiff sought the court's assistance, which has now also proven to be
12  unsuccessful even after three attempts.
13        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against
14  defendant Campbell be dismissed pursuant to Fed. R. Civ. P. 4(m).
15        These findings and recommendations are submitted to the United States District
16  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
17  days after being served with these findings and recommendations, any party may file written
18  objections with the court and serve a copy on all parties.  Such a document should be captioned
19  "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that
20  failure to file objections within the specified time may waive the right to appeal the District
21  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
22  DATED:  August 15, 2007.
23
24                    UNITED STATES MAGISTRATE JUDGE
25
26

1  /001; coop1043.4m
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26