IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. COOPER,

    Plaintiff,                    No. CIV S-05-1043 GEB JFM P

  vs.

CAL TERHUNE, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 9, 2007, plaintiff filed a request to renew his motion for default judgment against defendant Campbell.  Entry of default is appropriate only where the defendant has been properly served and fails to timely file a responsive pleading.  Because service of process was not accomplished on this defendant (see July 31, 2007 return of unexecuted service), a motion for default judgment is not appropriate.  (See also August 15, 2007 findings and recommendations.)  Accordingly, IT IS HEREBY ORDERED that plaintiff's August 9, 2007 request is denied.

DATED: August 16, 2007.

                                            UNITED STATES MAGISTRATE JUDGE

1/coop1043.def