IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. COOPER,

     Plaintiff,               2:05-cv-1043-GEB-JFM (PC)

    vs.

CAL TERHUNE, et al.,

     Defendants.        <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On August 8, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff and defendants have filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 8, 2008, are adopted in full.

2. Defendants' November 13, 2007 motion for summary judgment is granted in part and denied in part, as follows:

    a. Defendants' motion for summary judgment as to plaintiff's claim that defendant Delong used excessive force on plaintiff is granted.

    b. Defendants' motion for summary judgment as to plaintiff's claim that defendant Armstrong used excessive force on plaintiff is denied.

Dated: September 8, 2008

*[signature]*

GARLAND E. BURRELL, JR.
United States District Judge