IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. COOPER,

Plaintiff, No. 2:05-cv-1043 GEB JFM (PC)

vs.

M. ARMSTRONG,

Defendant. ORDER

_____________________________/

Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On November 20, 2008, plaintiff filed his fourth request for the appointment of counsel. Plaintiff avers the appointment of counsel is required because he cannot contact other inmates within the California Department of Corrections and Rehabilitation ("CDCR") and thus cannot obtain the evidence needed to present his case, nor can he state whether these witnesses are willing to testify. Plaintiff seeks appointment of counsel if only to collect affidavits from witnesses housed within the CDCR. Plaintiff's previous requests for appointment of counsel were filed on March 10, 2006, May 8, 2006 and August 30, 2007. All requests were denied. Because this court does not find this case presents exceptional circumstances warranting appointment of counsel, plaintiff's fourth request for appointment of counsel will also be denied.

However, the court will construe plaintiff's motion as a motion for assistance in locating inmate witnesses. The sole issue remaining in this civil rights action is whether


defendant Armstrong used excessive force on plaintiff on November 22, 1999, while plaintiff was handcuffed behind his back and escorted by two correctional officers, as they approached the sallyport area. (August 8, 2008 Findings and Recommendations at 10.) There were four inmates near the sallyport at that time. (Id.) It appears plaintiff would want to call at least these four inmates as witnesses. Good cause appearing, plaintiff will be directed to provide the court with a list of inmate witnesses he wishes to call, along with their CDC numbers (if known). Plaintiff shall briefly summarize what he anticipates the witness will testify to and inform the court whether that witness has expressed a willingness to testify for plaintiff. Plaintiff shall submit this list, along with a motion requesting their attendance at trial, along with his pretrial statement. Defendant shall address the issue of these witnesses in his pretrial statement and shall include the present location of each witness if the witness is still incarcerated in the CDCR system. Once the pretrial statements are submitted, the court will determine whether further interrogatories are required for any witness.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's November 20, 2008 request for appointment of counsel is denied.

2. Plaintiff's November 20, 2008 request is construed as a motion for court assistance in locating inmate witnesses.

3. Plaintiff shall provide the court with a list of inmate witnesses he wishes to call, along with their CDC numbers (if known), and a brief summary of the witness' testimony and whether that witness has expressed a willingness to testify for plaintiff, along with a motion requesting the witness' attendance at trial, with his pretrial statement.

/////

/////

/////

/////

/////

4. Defendant shall address the issue of plaintiff's witnesses in his pretrial statement, including the present location of each witness if the witness is presently incarcerated in the CDCR system.

DATED: December 2, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp/001; coop1043.31thr(2)