EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of the State of California
DAVID S. CHANEY, State Bar No. 73315
Chief Assistant Attorney General
ROCHELLE C. EAST, State Bar No. 183792
Senior Assistant Attorney General
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendant Armstrong

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AARON L. COOPER,<br><br>               Plaintiff,<br><br>         v.<br><br>M. ARMSTRONG,<br><br>               Defendant. | 2:05-cv-1043 GEB JFM P<br><br>**ORDER** |

On January 15, 2009, defendant filed a request for extension of time to file a pretrial statement. On that same date, plaintiff filed his pretrial statement, attached to his request for attendance of witnesses. Good cause appearing, defendant's request for extension of time will be granted. IT IS HEREBY ORDERED that defendant's January 15, 2009 request (#96) is granted; defendant shall file his pretrial statement on or before January 30, 2009.

DATED: January 21. 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; coop1043.eot