IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. COOPER,

    Plaintiff,　　　　　　　　　　No. 2:05-cv-1043 GEB JFM (PC)

  vs.

M. ARMSTRONG,

    Defendant.　　　　　　　　　　ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The sole remaining issue in this case is whether defendant Armstrong used excessive force on plaintiff on November 22, 1999, while plaintiff was handcuffed behind his back and escorted by two correctional officers, as they approached the sallyport area, and while there were four inmates near the sallyport or pedestrian gate at that time.

       Plaintiff seeks the testimony of three incarcerated witnesses to the events that took place near the pedestrian gate: Young, K-60964, O'Neal, K-55280, Jimmerson, P-48480; and one incarcerated inmate, Watts, C-90336, who "was watching the escort because he told plaintiff he saw [the] take down." Before this case is set for trial, the court needs to determine whether any or all of these witnesses have actual knowledge about the incident that took place near the pedestrian gate. The court also needs to know whether the witness will testify voluntarily.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send a copy of this order to each of the following inmates:

    A. M. Watts, C-90336, Location–Pelican Bay State Prison

    B. Young, K-60964, Location–Calipatria State Prison

    C. O'Neal, K-55280, Location–California Correctional Institution

    D. Jimmerson, P-48480, Location–California Training Facility, North

The Clerk of the Court shall provide each inmate with a postage-paid envelope addressed to the court.

2. Within thirty days from the date of this order, each inmate listed in paragraph 1 above shall complete and return, in the postage-paid, self-addressed envelope provided, the attached notice re potential witness.

DATED: May 26, 2009.

                                          UNITED STATES MAGISTRATE JUDGE

/001; coop1043.4

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | IN THE UNITED STATES DISTRICT COURT | |
| 5 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

AARON L. COOPER,

    Plaintiff,                                    No. 2:05-cv-1043 GEB JFM (PC)

    vs.

M. ARMSTRONG,                             <u>NOTICE RE POTENTIAL WITNESS</u>

    Defendants.

_____/

    Potential witness _____ responds to this court's May 19, 2009 order as follows (please check all that apply):

    _____    I was present during the initial altercation on November 22, 1999 at D-yard, High Desert State Prison.

    _____    I was present during the subsequent use of force by defendant Armstrong on plaintiff Aaron L. Cooper as they approached the sallyport area near the pedestrian gate on November 22, 1999.

    _____    I have eye- or ear-witness testimony to offer during the jury trial concerning the use of force near the pedestrian gate on November 22, 1999.

    _____    I am willing to testify voluntarily on behalf of plaintiff Cooper.

    _____    I do not remember the events of November 22, 1999, and have no pertinent testimony to offer.

    _____    I refuse to testify voluntarily.

    I declare under penalty of perjury that the above and foregoing is true and correct.

DATED:

                                                                                     _____
                                                                                     Witness (sign & print name)