IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON LYNDALE COOPER,

    Plaintiff,                      No. 2:05-cv-1043 GEB KJN P

    vs.

CAL TERHUNE, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis. In light of the Supplement to the Pretrial Order issued on March 17, 2010 (Dkt. No. 123), moving the trial date to September 7, 2010, the writs issued on March 11, 2010 (Dkt. Nos. 120, 121), for Aaron Lyndale Cooper and Myron K. Watts to appear for trial on April 20, 2010, are hereby vacated.

        Accordingly, IT IS HEREBY ORDERED that the writs issued on March 11, 2010 (Dkt. Nos. 120, 121) are vacated.

DATE: March 24, 2010

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

coop1043.ord