IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON L. COOPER,  )
                              ) 2:05-cv-01043-GEB-KJN (PC)
      Plaintiff, )
                              )
  v. ) <u>ORDER</u>
                              )
M. ARMSTRONG, )
                              )
      Defendant. )
_____)

        The Writs of Habeas Corpus ad Testificandum issued on February 2, 2011 for Myron K. Watts and Aaron L. Cooper (ECF Nos. 128, 129) are vacated.

Dated: February 9, 2011

                                       GARLAND E. BURRELL, JR.
                                       United States District Judge